IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THINKTANK ONE RESEARCH, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § <br> PLR IP HOLDINGS, LLC, C&A MARKETING, § <br> INC., C&A LICENSING, LLC, and WOLF § <br> CAMERA & IMAGE § <br> § <br> § <br> *Defendants*. § | Case No. _____ <br><br> **JURY TRIAL DEMANED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff ThinkTank One Research, LLC ("ThinkTank") brings this action against Defendants PLR IP Holdings, LLC ("Polaroid"), C&A Marketing, Inc. and C&A Licensing, LLC ("C&A"), and Wolf Camera and Image ("Wolf"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

**PARTIES**

1. ThinkTank is a company organized and existing under the laws of Texas, with a principal place of business at 555 Republic Drive, 2nd Floor, Plano, Texas 75074. The founders of ThinkTank are pioneering designers of lighting equipment used in the motion picture, video and still photographic industries, and have been awarded multiple innovation honors, including the prestigious Emmy® Award for their Light Emitting Diode ("LED") based technologies. Unfortunately, ThinkTank's founders/inventors have also experienced widespread unauthorized use of their patented inventions.

2. On information and belief, Defendant PLR IP Holdings, LLC is a limited liability company organized and existing under the laws of Delaware, having a principal place of business at 4350 Baker Road, Suite 180, Minnetonka, MN 55343.

3. On information and belief, Defendants C&A Marketing, Inc. and C&A Licensing, LLC are related companies organized and existing under the laws of New Jersey, having a principal place of business at 2 Bergen Turnpike, Ridgefield Park, NJ 07660.

4. On information and belief, Defendant Wolf is an affiliated company, or division of Defendant C&A, organized and existing under the laws of New Jersey, having a place of business within this judicial district at 2401 Preston Road, Plano, TX. 75093.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the provisions of the Patent Laws of the United States of America, Title 35, United States Code.

6. Subject-matter jurisdiction over ThinkTank's claims is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338(a).

7. On information and belief, each Defendant has solicited business in the State of Texas, transacted business within the State of Texas and/or attempted to derive financial benefit from residents of the State of Texas, including benefits directly related to the instant patent infringement cause of action set forth herein.

8. Each Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendants' substantial business in this District, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

9. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,299,726

10. On October 30, 2012, U.S. Patent No. 8,299,726 ("the '726 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Omni Voltage Direct Current Power Supply," (attached hereto as Exhibit A).

11. ThinkTank is the owner of the '726 patent with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '726 patent against infringers, and to collect damages for all relevant times.

12. Defendants Polaroid, C&A, and Wolf, directly and/or via intermediaries, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems (including for example, Polaroid-branded LED Camera Lights) that are covered by one or more claims of the '726 patent. Specifically, each of Defendants' accused products and/or systems includes a dimmable power supply and falls within the scope of one or more claims of the '726 patent either literally or under the doctrine of equivalents.

13. Defendants have and are directly infringing the '726 patent.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 7,960,920

14. On June 14, 2011, U.S. Patent No. 7,960,920 ("the '920 patent"), was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Omni Voltage Direct Current Power Supply," (attached hereto as Exhibit B).

15. ThinkTank is the owner of the '920 patent with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '920 patent against infringers, and to collect damages for all relevant times.

16. Defendants C&A, Wolf, and Polaroid directly and/or via intermediaries, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems (including for example, Polaroid LED Camera Lights) that are covered by one or more claims of the '920 patent. Specifically, each of Defendants' accused products and/or systems includes a dimmable power supply and falls within the scope of one or more claims of the '726 patent either literally or under the doctrine of equivalents.

17. Defendants have and are directly infringing the '920 patent.

## PRAYER FOR RELIEF

Plaintiff ThinkTank requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

A. Judgment that one or more claims of the '726 and '920 patents have been infringed, either literally and/or under the doctrine of equivalents, by Defendants and/or all others acting in concert therewith;

B. Each Defendant account for and pay to ThinkTank all damages caused by its infringement of the '726 and '920 patents in accordance with 35 U.S.C. § 284;

C. ThinkTank be granted permanent injunctive relief pursuant to 35 U.S.C. § 283 enjoining each Defendant, its officers, agents, servants, employees and those persons in active concert or participation with them from further acts of patent infringement;

D. ThinkTank be granted pre-judgment and post-judgment interest on the damages caused to it by reason of each Defendant's patent infringement complained of herein; and,

E. ThinkTank be granted such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff ThinkTank hereby demands a

trial by jury for all issues in this case.

Respectfully submitted,

Dated:  May 5, 2014

By:    /s/ Frederick G. Michaud
Frederick G. Michaud
Capshaw DeRieux, LLP
1710 Swann Street, NW
Washington, DC 20009
DC Bar No. 177,675
fmichaud@capshawlaw.com
(202)251-2975

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

***ATTORNEYS FOR PLAINTIFF
THINKTANK ONE RESEARCH, LLC***